UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STEPHEN LEE AND SUFFOLK INDEPENDENT LIVING ORGANIZATION,

          *Plaintiffs*,

-against-

ROYAL ATLANTIC CORPORATION ET AL.,

          *Defendants*.

-----------------------------------------------------------------X

Honorable Judge
Leonard D. Wexler
03-Civ-2494 (LDW/)

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' \*\* CROSS MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO THE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY <u>JUDGMENT</u>**

## <u>STATEMENT</u>

Defendants, HENRY V. WHITE, KIM M. WHITE, WALTER LARKIN, JACQUELINE GIORGIO, FRANK GIORGIO, SCOTT SCHRAGER, ANN DESIMONE AND KEVIN DESIMONE, adopt and incorporate by reference the Memorandum of Law in Support of Defendants Cross-Motion for summary Judgment and in opposition to the Plaintiffs' Motion for Partial Summary Judgment submitted by Alan M. Cane, Esq. as said defendants' Memorandum of Law.

Dated: July 13, 2012

                                            Yours, etc.

                                            RICHARD H. COLEMAN (RHC 7198)
                                            SHAPIRO & COLEMAN, P.C.
                                            727 N. Broadway, Suite C-1
                                            N. Massapequa, NY 11758
                                            (516) 798-7800

\*\* Defendants: HENRY V. WHITE, KIM M. WHITE, WALTER LARKIN, JACQUELINE GIORGIO, FRANK GIORGIO, SCOTT SCHRAGER, ANN DESIMONE AND KEVIN DESIMONE\*\*